# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**DANA E. BOSWELL**                                                    **PETITIONER**
**Reg #10611-073**

**v.**                                    **CASE NO. 2:17-CV-00211 BSM**

**GENE BEASLEY, U.S. Warden,**
**FCC Forest City - Medium**                                          **RESPONDENT**

## ORDER

The proposed findings and recommendations [Doc. No. 17] submitted by United States Magistrate Judge Joe J. Volpe have been reviewed, along with petitioner Dana Boswell's objections [Doc. No. 18] thereto. After *de novo* review of the record, the proposed findings and recommendations are adopted in their entirety, the requested relief is denied, and Boswell's petition for writ of habeas corpus is dismissed with prejudice. Further, no certificate of appealability will be issued because Boswell has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c).

IT IS SO ORDERED this 2nd day of August 2018.

_____
UNITED STATES DISTRICT JUDGE